## JOE McINNIS v. THE STATE.

No. 19202. Delivered November 10, 1937.
Rehearing Denied January 12, 1938.

The opinion states the case.

*Earl Shelton,* of Austin, and *Ray Holder,* of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; penalty assessed at confinement in the penitentiary for six years.

The indictment appears regular and properly presented. The evidence heard in the trial court is not brought forward for review. No complaint of the rulings of the court has been presented by bill of exception or otherwise. In the absence of the testimony adduced upon the trial, this court is unable to appraise the matters set forth in the motion for new trial.

No error having been preceived justifying a reversal, the judgment of the trial court is affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

GRAVES, JUDGE.—Heretofore this cause was affirmed, there being no statement of facts nor bills of exception filed herein, nor brief for appellant. The appellant files an affidavit in his motion for rehearing stating, among other things, that he thought his appeal was being prepared by his attorney. Nowhere therein does he state that he had applied for a statement of facts, made arrangements therefor, or filed an affidavit relative thereto as provided by statute. We see nothing in his motion nor affidavit that would call upon this court to grant this motion. It is, therefore, overruled.

*Overruled.*